UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| J.R., a minor child b/n/f AGNES M. WEBB; and AGNES M. WEBB, as next of kin of CANDICE M. NEACH, and as Personal Representative of Estate of Candice M. Neach, | ] ] ] ] ] ] | |
| Plaintiffs, | ] ] | |
| v. | ] ] | Case No. 2:08-CV-187 JUDGE GREER |
| CITY OF SNEEDVILLE, TENNESSEE; RALPH D. SEAL, Sheriff of Hancock County, Tennessee; HANCOCK COUNTY, TENNESSEE; and CHARLES DUNSMORE, | ] ] ] ] ] ] | JURY DEMAND |
| Defendants. | ] | |

## JOINT MOTION TO AMEND MEDIATION SCHEDULE

On May 8, 2009, this Court ordered the parties to proceed with mediation within sixty (60) days and to report the results of the mediation on or before August 3, 2009. [Doc. 22]

Notwithstanding the diligent efforts of all parties, the parties have been unable to schedule the mediation until August 20, 2009. The parties jointly request that the deadline for reporting the results of the mediation be extended to August 27, 2009.

Respectfully submitted,

*s/ Denise Terry Stapleton*
DENISE TERRY STAPLETON, BPR # 012478
TERRY, TERRY & STAPLETON
918 West First North Street
P.O. Box 724
Morristown, TN 37814
(423) 586-5800

Attorney for Plaintiffs

*s/ Reid A. Spaulding*

REID A. SPAULDING, BPR # 023363
WATSON, ROACH, BATSON, ROWELL &
    LAUDERBACK, PLC
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700

Attorney for City of Sneedville, Tennessee and
Charles Dunsmore

*s/ Thomas J. Garland, Jr.*

THOMAS J. GARLAND, JR., BPR # 011495
JEFFREY M. WARD, BPR # 016329
MILLIGAN & COLEMAN
P. O. Box 1060
Greeneville, TN 37744-1060
(423) 639-6811

Attorneys for defendants, Ralph D. Seal and Hancock
County, Tennessee

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2009, a copy of the foregoing Joint Motion to Amend
Mediation Schedule was filed electronically. Notice of this filing will be sent by operation of the
Court's electronic filing system to all parties indicated on the electronic filing receipt. All other
parties will be served by regular U.S. mail. Parties may access this filing through the Court's
electronic filing system.

*s/ Thomas J. Garland, Jr.*

THOMAS J. GARLAND, JR., BPR # 011495
MILLIGAN & COLEMAN
P.O. Box 1060
Greeneville, TN 37744-1060
423 639-6811

2