UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| J.R., a minor child b/n/f AGNES M. WEBB; and AGNES M. WEBB, as next of kin of CANDICE M. NEACH, and as Personal Representative of Estate of Candice M. Neach,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SNEEDVILLE, TENNESSEE; et al.,<br><br>    Defendants. | Case No. 2:08-CV-187<br>JUDGE GREER<br>JURY DEMAND |

## JOINT REPORT ON MEDIATION

On August 20, 2009, the parties were able to resolve this case at mediation conditioned upon this Court approving the settlement. The reason the parties will be seeking court approval is because the beneficiary of the Estate of Candice Neach is her minor child and the administratrix who brought this action is not the guardian of the minor child's person or property.

    Respectfully submitted,

    *s/ Denise Terry Stapleton*
    Denise Terry Stapleton, BPR # 012478
    TERRY, TERRY & STAPLETON
    918 West First North Street
    P.O. Box 724
    Morristown, TN 37815-0724
    (423) 586-5800

    Attorney for Plaintiff

*s/ Reid A. Spaulding*
Reid A. Spaulding, BPR # 023363
WATSON, ROACH, BATSON,
   ROWELL & LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700

Attorney for defendants, City of Sneedville and Charles Dunsmore


*s/ Thomas J. Garland, Jr.*
Thomas J. Garland, Jr., BPR # 011495
Jeffrey M. Ward, BPR # 016329
MILLIGAN & COLEMAN
P. O. Box 1060
Greeneville, TN 37744-1060
(423) 639-6811

Attorneys for defendants, Ralph D. Seal and Hancock County, Tennessee


CERTIFICATE OF SERVICE

    I hereby certify that on August 26, 2009, a copy of the foregoing Joint Report on Mediation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.


*s/ Thomas J. Garland, Jr.*
THOMAS J. GARLAND, JR., BPR # 011495
MILLIGAN & COLEMAN
P.O. Box 1060
Greeneville, TN 37744-1060
423 639-6811

2