UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| J.R., a minor child b/n/f AGNES M. WEBB; and AGNES M. WEBB, as next of kin of CANDICE M. NEACH, and as Personal Representative of Estate of Candice M. Neach, ] ] ] ] ] ] Plaintiffs, ] ] v. ] ] CITY OF SNEEDVILLE, TENNESSEE; ] RALPH D. SEAL, Sheriff of Hancock ] County, Tennessee; HANCOCK COUNTY, ] TENNESSEE; and CHARLES ] DUNSMORE, ] ] Defendants. ] | Case No. 2:08-CV-187 JURY DEMAND JUDGE GREER |

## NOTICE

TO: April Gibson
874 Kyles Ford Highway
Sneedville, TN 37869

Please take notice that the parties are going to appear before the Honorable J. Ronnie Greer, United States District Court Judge, in his chambers, at the United States District Court in Greeneville, Tennessee on September 21, 2009 at 1:30 p.m. for purposes of seeking court approval of a settlement between the parties in this lawsuit. This Notice is being sent to you because the ultimate beneficiary of this settlement may be Jayden Ramsey of whom you currently have legal custody.

If you have any questions concerning this Notice, please contact any of the attorneys involved

in this lawsuit. Their contact information is shown below.

Respectfully submitted,


*s/ Denise Terry Stapleton*
Denise Terry Stapleton, BPR # 012478
TERRY, TERRY & STAPLETON
918 West First North Street
P.O. Box 724
Morristown, TN 37815-0724
(423) 586-5800

Attorney for Plaintiff


*s/ Reid A. Spaulding*
Reid A. Spaulding, BPR # 023363
WATSON, ROACH, BATSON,
   ROWELL & LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700

Attorney for defendants, City of Sneedville and Charles Dunsmore


*s/ Thomas J. Garland, Jr.*
THOMAS J. GARLAND, JR., BPR # 011495
JEFFREY M. WARD, BPR # 016329
MILLIGAN & COLEMAN
P. O. Box 1060
Greeneville, TN 37744-1060
(423) 639-6811

Attorneys for defendants, Ralph D. Seal and Hancock County, Tennessee

CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2009, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. A true and accurate copy of the Notice has been served upon April Gibson, 874 Kyles Ford Highway, Sneedville, Tennessee, 37869, by mailing the same to her, first class mail, postage prepaid.

                      *s/ Thomas J. Garland, Jr.*
                      THOMAS J. GARLAND, JR., BPR # 011495
                      MILLIGAN & COLEMAN
                      P.O. Box 1060
                      Greeneville, TN 37744-1060
                      423 639-6811